**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Good Clothing, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  GS Love |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 47-0946064 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 700 E. Jefferson Blvd.<br>Los Angeles, CA 90011<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**    gslovesme.com

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Good Clothing, Inc.                          Case number (*if known*)
      Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_\_

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   Good Clothing, Inc.
      Name                                                   Case number (*if known*)

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

    _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    Good Clothing, Inc.                                                    Case number (if known)
        Name

---

**Request for Relief, Declaration, and Signatures**

---

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 5, 2018
               MM / DD / YYYY

X _____                    Steve Kim
Signature of authorized representative of debtor      Printed name

Title    General Manager

---

**18. Signature of attorney**    X _____          Date    March 5, 2018
                                    Signature of attorney for debtor                  MM / DD / YYYY

M. Jonathan Hayes 90388
Printed name

Simon Resnik Hayes LLP
Firm name

15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403
Number, Street, City, State & ZIP Code

Contact phone    (818)783-6251      Email address    jhayes@srhlawfirm.com

90388 CA
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    Good Clothing, Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 5, 2018     X _____
                                  Signature of individual signing on behalf of debtor

                                   Steve Kim
                                   Printed name

                                   General Manager
                                   Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Good Clothing, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BOOM-BOOM JEANS BLUE PLANET INTERNATIONAL INC 2945 E. 12TH ST. LOS ANGELES, CA 90021 | | Vendor | | | | $52,146.00 |
| CLINGERS INC 1015 S. CROCKER ST. LOS ANGELES, CA 90021 | | Vendor | | | | $94,578.25 |
| COLOR SWATCH (JEKNIT) 1015 S. CROCKER ST. Q26A LOS ANGELES, CA 90021 | | Vendor | | | | $57,502.25 |
| COLOR THREAD 807 E. 12TH ST. #130-131 LOS ANGELES, CA 90021 | | Vendor | | | | $40,002.35 |
| COZY 1100 S. SAN PEDRO ST. #J-05 LOS ANGELES, CA 90015 | | Vendor | | | | $46,878.25 |
| GLOCUL ENTERPRISE, INC 1015 S. CROCKER ST, Q11 LOS ANGELES, CA 90021 | | Vendor | | | | $74,261.00 |

Debtor   Good Clothing, Inc.                                    Case number (if known)
_____Name_____                          _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HAUTE FOX (TOTO) 1100 S. SAN PEDRO ST. #C-5 LOS ANGELES, CA 90015 | | Vendor | | | | $36,660.15 |
| JP ORIGINAL 19101 E. WALNUT DR. NORTH CITY OF INDUSTRY, CA 91748 | | Vendor | | | | $47,966.40 |
| MILEY AND MOLLY PRETTY GOOD 1100 S. SAN PEDRO ST., #A-6 LOS ANGELES, CA 90015 | | Vendor | | | | $42,689.75 |
| Open Bank 1000 Wilshire Blvd. Suite 100 Los Angeles, CA 90017 | | Clothing inventory | | $1,417,000.00 | $1,000,000.00 | $417,000.00 |
| PAPER MOON B-ENVIED 1015 S. CROCKER ST. #R-16 LOS ANGELES, CA 90021 | | Vendor | | | | $124,928.72 |
| ROCKNROSE COUTURE 807 E. 12TH ST. #138 LOS ANGELES, CA 90021 | | Vendor | | | | $79,291.50 |
| SHELLY 1100 S. SAN PEDRO ST. #M-1 LOS ANGELES, CA 90015 | | Vendor | | | | $80,295.00 |
| SNEAK PEEK 1016 S. TOWNE AVE. #118 LOS ANGELES, CA 90021 | | Vendor | | | | $36,823.00 |
| STATE BOARD OF EQUALIZATION | | | | | | $362,628.62 |
| TEENBELL 1200 S. SAN PEDRO ST. #101 LOS ANGELES, CA 90015 | | Vendor | | | | $36,937.75 |

Debtor    Good Clothing, Inc.                      Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| THE TIMING, INC 1100 S. SAN PEDRO ST., A-8 LOS ANGELES, CA 90015 | | Vendor | | | | $69,491.25 |
| THE VINTAGE SHOP 1015 S. CROCKER ST. #R14 LOS ANGELES, CA 90021 | | Vendor | | | | $43,622.00 |
| ZENANA 1100 S. SAN PEDRO ST. #M6-M12 LOS ANGELES, CA 90015 | | Vendor | | | | $61,924.60 |
| ZENOBIA 1100 S. SAN PEDRO ST. #A-4 LOS ANGELES, CA 90015 | | Vendor | | | | $188,999.25 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _LOS ANGELES_ , California.

Date:    March 5, 2018

Steve Kim
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                        Page 1                        F 1015-2.1.STMT.RELATED.CASES

# MINUTES OF SPECIAL MEETING OF THE BOARD OF DIRECTORS OF

# GOOD CLOTHING, INC.

A special meeting of the directors of GOOD CLOTHING, INC., a California corporation, was held on February 22, 2018, at 700 E. Jefferson Blvd., Los Angeles, California 90011.

The following directors and shareholders were present at the meeting, in person or by proxy, representing shares as indicated:

|  Directors & Shareholder | No. of shares held |
| --- | --- |
| HYE SUN KIM | |
| STEVE KIM | |

### Notice of Meeting Waived

The president of the corporation called the meeting to order and announced that the meeting was held pursuant to a waiver of notice and written consent to the holding of the meeting. The waiver and consent was presented to the meeting and on a motion duly made, seconded, and unanimously carried was made a part of the records and ordered inserted in the minute book immediately preceding the records of this meeting.

### Election to File Chapter 11 Bankruptcy and to retain Simon Resnik & Hayes, LLP as Chapter 11 counsel

The president announced that the next order of business was the election of filing for Chapter 11 bankruptcy and to retain Simon Resnik & Hayes, LLP as Chapter 11 counsel.

By a unanimous vote of the persons named above, the filing of Chapter 11 bankruptcy is approved. The attached retainer agreement proposed by Simon Resnik & Hayes, LLP is hereby approved. Mr. Steve Kim, CFO & Secretary is authorized to execute any and all documents to consummate the filing of Chapter 11 bankruptcy and to execute any and all requisite documents associated with the any and all bankruptcy proceedings with full power and authority on behalf of Good Clothing, Inc.

## Adjournment

There being no further business to come before the meeting on motion duly made, seconded, and adopted, the meeting was adjourned.

Date: February 22, 2018

_____

STEVE KIM

Secretary

**APPROVED BY:**                                    **APPROVED BY:**

_____                    _____

HYE SUN KIM                                        STEVE KIM

## NOTICE OF SPECIAL MEETING OF THE BOARD OF THE DIRECTORS OF

## GOOD CLOTHING, INC.

Notice is given that a special meeting of the Board of Directors of GOOD CLOTHING, INC. will be held at 700 E. Jefferson, Los Angeles, California 90011, on February 22, 2018, at 10:00 a.m., to consider and act on:

1. Filing of Chapter 11 Reorganization Bankruptcy;
2. Retaining Simon Resnik & Hayes, LLP as Chapter 11 Bankruptcy Counsel;
3. Such other business as may be properly brought up at the meeting.

If you wish to be present at the meeting, please provide your acknowledge of this notice by providing your signature:

Date: February 22, 2018

SIGNATURE:

PRINT NAME: Steve Kim

STEVE KIM, CFO & SEC.

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes 90388<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA 91403<br>(818)783-6251 Fax: (818)783-6253<br>California State Bar Number: 90388 CA<br>jhayes@srhlawfirm.com | |

☑ Attorney for:

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>     Good Clothing, Inc.<br><br>                                  Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11 |
|---|---|
|                                  Plaintiff(s),<br><br><br><br><br>                                  Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br><br>[No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I,  Steve Kim                                        , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

         [✓] I am the president or other officer or an authorized agent of the Debtor corporation

         [ ] I am a party to an adversary proceeding

         [ ] I am a party to a contested matter

         [ ] I am the attorney for the Debtor corporation

2.a.     [ ] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

         *[For additional names, attach an addendum to this form.]*

b.       [✗] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

March 5, 2018                                      By: _____

Date                                                Signature of Debtor, or attorney for Debtor

                                                  Name:   Steve Kim

                                                    Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                     **F 1007-4.CORP.OWNERSHIP.STMT**

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
M. Jonathan Hayes 90388
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403
(818)783-6251 Fax: (818)783-6253
California State Bar Number: 90388 CA
jhayes@srhlawfirm.com

FOR COURT USE ONLY

☐  Debtor(s) appearing without an attorney

■  Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Good Clothing, Inc.

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __0__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  March  5, 2018

Siganture of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  March  5, 2018

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Good Clothing, Inc.
700 E. Jefferson Blvd.
Los Angeles, CA 90011


M. Jonathan Hayes
Simon Resnik Hayes LLP
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403


4S TRADING, INC
1100 S. SAN PEDRO ST. #L-3
LOS ANGELES, CA 90015


7-Jan
735 E. 12TH ST. #104
LOS ANGELES, CA 90021


A3 DESIGN
1145 TOWNE AVE. STORE #6
LOS ANGELES, CA 90021


AMBIANCE
930 TOWNE AVE.
LOS ANGELES, CA 90021


AMERICAN BAZI
807 E. 12TH ST. #106
LOS ANGELES, CA 90021


AMERICAN DREAM CLOTHING INC
1109 S. BOYLE AVE
LOS ANGELES, CA 90023

Anaheim Capital Partners, LLC
399 Park Ave, 6th Floor
NY, NY 10022


ANGEL CATERING
14528 CARMENITA RD
NORWALK, CA 90650


ANNES APPAREL
1015 S. CROCKER ST. R41
LOS ANGELES, CA 90021


Atlantic-Firestone, LLC
201 S. Figueroa St., #300
Los Angeles, CA 90012


Azalea Joint Venture LLC
201 S. Figueroa St., #300
Los Angeles, CA 90012


BAGEL
921 CROCKER ST. #19
LOS ANGELES, CA 90021


BE COOL
1016 S. TOWNE AVE. #116
LOS ANGELES, CA 90021


BEAR DANCE
807 E. 12TH ST. #153
LOS ANGELES, CA 90021

BEST CODY
1015 S. CROCKER #S11
LOS ANGELES, CA 90021


BETTER BE
1015 S. CROCKER ST. #R-18
LOS ANGELES, CA 90021


BLANC
1013 CROCKER ST. #4
LOS ANGELES, CA 90021


BLUE BELL
1001 CROCKER ST
LOS ANGELES, CA 90021


BLUE LEOPARD INC
807 E. 12TH ST. UNIT #116
LOS ANGELES, CA 90021


BOOM-BOOM JEANS
BLUE PLANET INTERNATIONAL INC
2945 E. 12TH ST.
LOS ANGELES, CA 90023


BOTTLETTE
747 E. 10TH ST. #114
LOS ANGELES, CA 90021


BRE DDR Corcodile Falcon
3300 Enterprise Parkway
Beachwood, OH 44122

BUBBLE B
1015 S. CROCKER ST. #S-12
LOS ANGELES, CA 90021


CASTING LA
1015 S. CROCKER ST. R-15
LOS ANGELES, CA 90021


CCP Orangefair marketplace
429 Santa Monica Blvd, #600
Santa Monica, CA 90401


CHOCOLATE U.S.A.
1150 S. CROCKER ST.
LOS ANGELES, CA 90021


CIEN
1015 S. CROCKER ST. #Q03
LOS ANGELES, CA 90021


CITY OF ANAHEIM-UTILITY
201 SOUTH ANAHEIM BLVD. PO BOX 3069
ANAHEIM, CA 92803-3069


CLINGERS INC
1015 S. CROCKER ST.
LOS ANGELES, CA 90021


CO-PACK, INC.
150 W. CAROB ST.
COMPTON, CA 90220

COLOR SWATCH (JEKNIT)
1015 S. CROCKER ST. Q26A
LOS ANGELES, CA 90021


COLOR THREAD
807 E. 12TH ST. #130-131
LOS ANGELES, CA 90021


CORNER 123 & UP
1436 South Main St. #7
Los Angeles, CA 90015


COZY
1100 S. SAN PEDRO ST. #J-05
LOS ANGELES, CA 90015


CPT Riverside Plaza, LLC
2 Seaport Lane, 15th Fl.
Boston, MA 02210


Crea
PPC Long Beach Towne Ctr PO, LLC
7575 Carson Blvd
Long Beach, CA 90808


CUSTOM CHANNELS
2569 PARK LANE, SUITE 104
LAFAYETTE, CO 80026


DANCE & MARVEL
1015 CROCKER ST. #Q2
LOS ANGELES, CA 90015

DAVID L. PRINCE, ESP
1912 E. Vermon Ave., Suite 100
Los Angeles, CA 90058


David M. Cohen, Esq.
David M. Cohen, APLC
5950 Canoga Ave., Suite 605
Woodland Hills, CA 91367


DE NOVO IMPORT, INC
51 HARTZ WAY
SECAUCUS, NJ 07094


DEBUT
1015 S. CROCKER ST. #Q14
LOS ANGELES, CA 90021


DOUBLE ZERO, INC
1100 S SAN PEDRO ST. #D8
LOS ANGELES, CA 90015


Downey Landing Spe, LLC
200 E. Carillo St., #200
Santa Barbara, CA 93101


DREAMERS
732 E. 10TH ST. #106
LOS ANGELES, CA 90021


EAST LION CORP.
18525 RAILROAD ST.
CITY OF INDUSTRY, CA 91748

Eastvale Gateway III, LLC
1156 N. Mountain Ave
Upland, CA 91781


EDD
PO Box 826218
Sacramento, CA 94230-6218


ENJEAN
1001 TOWNE AVE. #105
LOS ANGELES, CA 90021


Ernie Zachary Park, Esq.
Bewley, Lassleben & Miller
13215 Penn St., Suite 510
Whittier, CA 90602-1776


ESSUE
1100 S. SAN PEDRO ST. #B7
LOS ANGELES, CA 90015


FASHION MAGAZINE
1100 S. SAN PEDRO ST. #D-1
LOS ANGELES, CA 90015


FASHION NOVIA
1329 B SOUTH LOS ANGELES
LOS ANGELES, CA 90015


FAVLUX
1132 S CROCKER ST
LOS ANGELES, CA 90021

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


FRENCH KISS
807 E. 12TH STREET SUITE 235
LOS ANGELES, CA 90021


GANJI
1015 CROCKER STREET SUITE RO8
LOS ANGELES, CA 90021


GLOCUL ENTERPRISE, INC
1015 S. CROCKER ST, Q11
LOS ANGELES, CA 90021


GOOD STUFF APPAREL
1700 WALL STREET, SUITE A
LOS ANGELES, CA 90015


HAMMER COLLECTION
1016 S. TOWNE AVE. #107
LOS ANGELES, CA 90021


HAUTE FOX (TOTO)
1100 S. SAN PEDRO ST. #C-5
LOS ANGELES, CA 90015


HEART&HIPS
HANA FINANCIAL, INC
DEPT LA 24406
PASADENA, CA 91185-4406

HELLO MISS
777 E. 12TH ST #1-4
LOS ANGELES, CA 90021


HERS & MINE
1015 CRCKER ST. #P11
LOS ANGELES, CA 90021


HOT&DELICIOUS
1015 S.CROCKER ST. #Q-9
LOS ANGELES, CA 90021


HOUSE OF WINNERS, INC.
5651 EAST WASHINGTON BLVD.
COMMERCE, CA 90040


HYFVE, INC.
1015 S. CROCKER ST. #Q-28.
LOS ANGELES, CA 90021


IJOAH
1100 S. SAN PEDRO ST. #A7
LOS ANGELES, CA 90015


Internal Revenue
Department of the Treasury
Ogden, UT 84201-0005


Isuzu Finance of America
2500 Westchester Ave.
Purchase, NY 10577

ITZME
1100 S. SAN PEDRO ST. #L-01
LOS ANGELES, CA 90015


JC & ASSOCIATES
17310 RED HILL AVE. SUITE 335
IRVINE, CA 92614


Jefferson enterprises, LLC
280 S. Beverly Dr., Ste 315
Beverly Hills, CA 90212


JNK USA
942 TOWNE AVE STE 101
LOS ANGELES, CA 90021


JOLIE
1100 S. SAN PEDRO ST. #D3
LOS ANGELES, CA 90015


JP ORIGINAL
19101 E. WALNUT DR. NORTH
CITY OF INDUSTRY, CA 91748


KIMCINE
1188 S. SAN PEDRO ST. #U
LOS ANGELES, CA 90015


KING STAR SECURITY PATROL
4221 WILSHIRE BLVD., 290-22
LOS ANGELES, CA 90011

KLAXONS
1016 TOWNE AVE. #111
LOS ANGELES, CA 90021

KNC AIR CONTROL, INC.
3525 W. COMMONWEALTH AVE., #S
FULLERTON, CA 92833

LA Alemeda, LLC
201 S. Figueroa St., #300
Los Angeles, CA 90012

LA DWP - G29
P.O. BOX 30808
LOS ANGELES, CA 90030-0808

LAC BLEU
1001 TOWNE AVE. #114
LOS ANGELES, CA 90021

LAON FASHION CORP.
450 MURRAY HILL PKWY, UNIT E
EAST RUTHERFORD, NJ 07073

LEGEND FOOTWEAR, INC
19445 E WALNUT DR NORTH
CITY OF INDUSTRY, CA 91789

LILIAN
1100 S. SAN PEDRO ST. #H-1
LOS ANGELES, CA 90015

LIMNEXUS LLP
1055 W. 7TH STREET 28TH FL
LOS ANGELES, CA 90017


LOVE REPUBLIC
732 E. 10TH ST. #106
LOS ANGELES, CA 90021


MACHINE JEANS
1015 S. CROCKER ST. #R-26
LOS ANGELES, CA 90021


MAIN STRIP APPAREL, INC
1100 S. SAN PEDRO ST., SUITE J 04
LOS ANGELES, CA 90015


MEPT Midtown Crossing, LLC.
7315 Wisconsin Ave. Ste 350W
Bethesda, MD 20814


MILEY AND MOLLY
PRETTY GOOD
1100 S. SAN PEDRO ST., #A-6
LOS ANGELES, CA 90015


MILLIBON
747 E. 10TH ST. #116
LOS ANGELES, CA 90021


MIND CODE
1015 S. CROCKER ST.#Q-12
LOS ANGELES, CA 90021

MISS CALIFORNIA
1100 S. SAN PEDRO ST. SUITE K-10
LOS ANGELES, CA 90015


MLM CHINO PROPERTY LLC
One Metlife Way, Whippany
Whippany, NJ 07981


MLM CHINO PROPERTY LLC
2425 E. Camelback Rd #750
Phoenix, AZ 85016


MLM Chino Property LLC
c/o Jean H. Hurricane, Esq.
SSL Law Firm LLP
575 Market Street, #2700
San Francisco, CA 94105


MONACO
777 E. 12TH ST. #1-5
LOS ANGELES, CA 90021


MUST HAVE INC
HAVE FASHION
1016 TOWNE AVE., #122
LOS ANGELES, CA 90021


MUSTARD& SEED
1016 S. TOWNE AVE. #119
LOS ANGELES, CA 90021


MY STYLE BY CELIA INC.
120 E 14TH ST.
LOS ANGELES, CA 90015

NARAE IMPORTS, LLC
160 JOHNSON AVE.
HACKENSACK, NJ 07601


NEW MODE, INC
726 E. 12TH ST. #108
LOS ANGELES, CA 90021


NF Plant Enterprises, L.P.
6222 Wilshire Blvd., Ste 400
Los Angeles, CA 90048


NF Plant Enterprises, L.P.
c/o Wolf, Rifkin, Shapiro, Schulman
& Rabkin, LLP
11400 West Olympic Blvd., 9th Floor
Los Angeles, CA 90064


NMC Placentia, LLC
5850 Canoga Ave., #650
Woodland Hills, CA 91367


NOBLE U
1015 S. CROCKER ST. #R-21
LOS ANGELES, CA 90021


NY BIJOUX, CORP.
1261 Broadway 6Fl, Suite 606
New York, NY 10001


OBOE
1015 S. CROCKER ST. #R34
LOS ANGELES, CA 90021

OLIVE TREE
777 E. 10TH ST. #319
LOS ANGELES, CA 90021

ONE WAY FASHION
1506 S. MAIN ST
LOS ANGELES, CA 90015

Open Bank
1000 Wilshire Blvd.
Suite 100
Los Angeles, CA 90017

PAPER MOON
B-ENVIED
1015 S. CROCKER ST. #R-16
LOS ANGELES, CA 90021

PARAGON DESIGN CORP
477 S. DEAN STREET
ENGLEWOOD, NJ 07631

PCCP IRG Downey LLC
7575 Carson Blvd
Long Beach, CA 90808

PINK BERRY
1154 S. CROCKER ST.
LOS ANGELES, CA 90021

Plamex Investment, LLC
PO Box 845699
Los Angeles, CA 90084

POPULAR BASICS
1261 S BOYLE AVE
LOS ANGELES, CA 90023


Prime/ Frit Bell Gardens, LLC
201 S. Figueroa St., #300
Los Angeles, CA 90012


PRIME/FRIT Bell Gardens, LLC
201 S. Figueroa St., #300
Los Angeles, CA 90012


PRIVY, INC
933 TOWNE AVE. #104
LOS ANGELES, CA 90021


PROFESSIONAL LIABILITY INSURANCE
5802 Thunderbird
Bldg. 10, Ste. 10
Lago Vista, TX 78645


Redlands Joint Venture, LLC
13191 Crossroads Pkwy North, 6th Fl
City of Industry, CA 91746


Redlands Joint Venture, LLC
c/o David W. Reimann, Esq.
1960 E. Grand Ave., Suite 1165
El Segundo, CA 90245


RIVERSIDE PUBLIC UTILITIES - G26
3900 MAIN ST.
RIVERSIDE, CA 92522-0144

RJ IMPORTS
1350 S BROADWAY
LOS ANGELES, CA 90015


RNK JEWELRY
115W 29TH ST. SUITE 3B
NEW YORK, NY 10001


ROC RISE


ROCKNROSE COUTURE
807 E. 12TH ST. #138
LOS ANGELES, CA 90021


ROSIO PJ TRADING CORPORATION
2511 S. ALAMEDA STREET
LOS ANGELES, CA 90058


SANS SOUCI
1100 S. SAN PEDRO ST. #A-1
LOS ANGELES, CA 90015


SARAH LA
777 E. 10TH ST. #124
LOS ANGELES, CA 90021


SCRATCH OFF WORKS
19537 LAKE ROAD
ROCKY RIVER, OH 44116

SHELLY
1100 S. SAN PEDRO ST. #M-1
LOS ANGELES, CA 90015


SHOE MAGNATE, INC
18560 E. SAN JOSE AVE
CITY OF INDUSTRY, CA 91748


SKY PLUS
1180 S. CROCKER ST.
LOS ANGELES, CA 90021


SNEAK PEEK
1016 S. TOWNE AVE. #118
LOS ANGELES, CA 90021


SO. CALIFORNIA EDISON - G20
P.O. BOX 300
ROSEMEAD, CA 91772-0001


SONG AND SOL
805 E. 14TH PL.
LOS ANGELES, CA 90021


Spirit Properties, LTD
21070 Centre Pointe·Parkway
Santa Clarita, CA 91350


State Board of Equalization
Special Procedures Section MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Steve Kim
700 E. Jefferson Blvd.
Los Angeles, CA 90011


STYLE MELODY
LOVETREE
2154 51ST STREET
VERNON, CA 90058


STYLE RACK, INC
777 E. 12TH ST. UNIT 1-3
LOS ANGELES, CA 90021


STYLE SHOP
1015 S. CROCKER ST #R-03
LOS ANGELES, CA 90021


STYLISH WHOLESALE INC
1020 E. 14TH ST.
LOS ANGELES, CA 90021-3008


SUPERLINE
1100 S. SAN PEDRO ST.#B3
LOS ANGELES, CA 90015


TAKE A BYTE, INC
545 FINNEY COURT
GARDENA, CA 90248-2037


TASHA APPAREL
6901 MCKINLEY AVE.
LOS ANGELES, CA 90001

TCF Equipment Finance
1110 Wayzata Blvd.
Ste 801
Hopkins, MN 55305


TCF EQUIPMENT FINANCE, INC.
PO BOX 77077
MINNEAPOLIS, MN 55480-7777


TEENBELL
1200 S. SAN PEDRO ST. #101
LOS ANGELES, CA 90015


Terramar Retail Center, LLC
1973 Avenida Encinas, Ste 300
Carlsbad, CA 92008-4476


The Colonies - Pacific 19A, LLC
c/o Richard L. Seide, Esq.
901 Dove Street, Suite 120
Newport Beach, CA 92660-3018


The Colonies-Pacific 19A, LLC
One Corporate Plaza, 2nd Fl.
Newport Beach, CA 92660


THE TIMING, INC
1100 S. SAN PEDRO ST., A-8
LOS ANGELES, CA 90015


THE VINTAGE SHOP
1015 S. CROCKER ST. #R14
LOS ANGELES, CA 90021

THYME APPAREL,
951 CROCKER ST
LOS ANGELES, CA 90021


TOG WEST - G20
PO BOX 1240
ATTLEBORO, MA 02703


TOG WEST - G26
PO BOX 1240
ATTLEBORO, MA 02703


TOG WEST - G7
PO BOX 1240
ATTLEBORO, MA 02703


TOP 10
747 E. 10TH ST. #114
LOS ANGELES, CA 90021


TOP CHIC
1015 CROCKER ST. #Q-5
LOS ANGELES, CA 90021


TOYOTA COMMERCIAL FINANCE
P O BOX 660926
DALLAS, TX 75266-0926


Toyota Industries Comml Finance
P O Box 9050
Coppell, TX 75019-9050

TRAC
1100 S. SAN PEDRO ST. N-09
LOS ANGELES, CA 90015


TRENDY JS
HANA FINANCIAL, INC
DEPT LA 24406
PASADENA, CA 91185-4066


TRES BIEN
1016 TOWNE AVE. #113
LOS ANGELES, CA 90021


Tres Bien, Inc.
c/o Mitchell S. Kim
Ropers, Majeski, Kohn & Bentley
445 S. Figueroa St., Ste. 3000
Los Angeles, CA 90071


TRINITY JEANS
1015 S. CROCKER ST
LOS ANGELES, CA 90021


TRM MM, LLC
7575 Carson Blvd
Long Beach, CA 90808


TVO Holdings, LLC
1345 Ave of the Americas, 46th Fl.
New York, NY 10105


VERIZON BUSINESS - G2
PO BOX 15043
ALBANY, NY 12212-5043

VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108


VERTY
777 E. 12TH ST. #1-13
LOS ANGELES, CA 90021


VERY J
1100 S. SAN PEDRO ST. #I-5
LOS ANGELES, CA 90015


Vestar California XXVI, L.L.C.
2425 E. Camelback Rd #750
Phoenix, AZ 85016


Vestar Peninsula Retail, LLC
1345 Ave of the Americas, 46th Fl.
New York, NY 10105


Vestar/Kimco Tustin, L.P.
2425 E. Camelback Rd #750
Phoenix, AZ 85016


VIVACE DESIGN INC.
726 E. 12TH ST. #116
LOS ANGELES, CA 90021


WAX JEAN
1016 S. TOWNE AVE. #102
LOS ANGELES, CA 90021

WIN WIN APPAREL
1807 E 12TH ST #152
LOS ANGELES, CA 90021

Y&S DAVIDSON INC
776 GRAND AVE, SUITE 200
RIDGEFIELD, NJ 07657

YMI
1155 S. BOYLE AVE.
LOS ANGELES, CA 90023

ZENANA
1100 S. SAN PEDRO ST. #M6-M12
LOS ANGELES, CA 90015

ZENOBIA
1100 S. SAN PEDRO ST. #A-4
LOS ANGELES, CA 90015

ZHEJIANG DIANHU USA (JVINI)
5128 Triggs St.
Commerce, CA 90022

ZION GLOBAL, INC
411 3RD AVE, UNIT B
ARCADIA, CA 91006